# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**G.S.C.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-834

[April 23, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case Nos. 502017CJ001886A, 502017CJ001887A, 502017CJ001888A, 502017CJ001915A, 502017CJ001916A, 502017CJ002086A, 502017CJ002839A, 502018CJ001050A, 502019CJ000072A and 502019CJ000073A.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and James J. Carney, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***